UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 07-15200

HOMEDICS, INC.,

    Plaintiff(s),

-v-

WIN SMART INTERNATIONAL DEVELOPMENT, LTD,

    Defendant(s).
_____/

<u>ORDER SETTING ASIDE ORDER TO SHOW CAUSE</u>

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>July 2, 2008.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of progress and the

Plaintiff having filed a Motion for Default Judgement, therefore;

IT IS ORDERED that the Court's Order to Show Cause as to

why this case should not be dismissed for lack of progress be and the same is hereby SET

ASIDE.

                                        s/Patrick J. Duggan
                                        Patrick J. Duggan
                                        United States District Judge

Dated: July 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2008, by electronic and/or ordinary mail.

                                        s/Marilyn Orem
                                        Case Manager